Argued and submitted August 24, reversed and remanded with instructions to vacate judgment September 22, 1999

## STATE OF OREGON,
*Respondent,*

*v.*

## MICHAEL DEVON HERRING,
*Appellant.*

(94-10-37307; CA A90186)

984 P2d 954

Jesse Wm. Barton, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

At oral argument, the state conceded that none of the alleged predicate offenses could be used to support the racketeering conviction. *See State v. Harris*, 157 Or App 119, 967 P2d 909 (1998). We accept the state's concession.

Reversed and remanded with instructions to vacate judgment.